## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARSHA GARDNER | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| MARYLAND MASS TRANSIT ADMINISTRATION | * |
| | * |
| and | * |
| THE STATE OF MARYLAND | * |
| and | * |
| ELMORE COPPAGE | * |
| and | * |
| ROLAND CARROLL | * |
| and | * |
| LATTICE LEE | * |
| Defendants. | * |

**Civil Action No.:**
(State Court Case: 24-C-17-001538-OT)

JKB 18 CV 0365

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants State of Maryland, Maryland Transit Administration ("MTA")[1], Elmore Coppage ("Coppage"), and Roland Carroll ("Carroll"), by their undersigned counsel, Julie T. Sweeney and Maria E. Korman, Assistant Attorneys General, give notice to this Court that they are removing the above-captioned case, Civil Action No.: **24-C-17-001538-OT**, from the Circuit Court for Baltimore City, Maryland to the United States District

---

[1] Plaintiff names the "Maryland Mass Transit Administration," although the proper name of this defendant is the "Maryland Transit Administration."

Court for the District of Maryland, Northern District. In support of their action to remove, Defendants State of Maryland, MTA, Coppage, and Carroll state:

## INTRODUCTION

1. On or about March 27, 2017, Plaintiff filed an action against State of Maryland, Maryland Transit Administration ("MTA"), Elmore Coppage ("Coppage"), Roland Carroll ("Carroll"), and Lattice Lee in the Circuit Court for Baltimore City, Maryland entitled *Marsha Gardner. v. Maryland Mass Transit Administration*, Civil Action No.: 24-C-17-001538.

2. A Civil-Non-Domestic Case Information Sheet, Writ of Summons, and the Complaint were served on or about August 17, 2017, MTA and Coppage; on Carroll on or about August 18, 2017, and on the State of Maryland on or about August 21, 2017. In accordance with 28 U.S.C. § 1446(b) and Local Rule 103.5(a), copies of the Civil-Non-Domestic Case Information Sheet, Writ of Summons, and the Complaint are attached as **Exhibits A, B, and C**, respectively. In addition, the State of Maryland, MTA, Coppage, and Carroll were served with a First Amended Complaint on or about November 6, 2017 and a Second Amended Complaint on or about February 2, 2018, which are attached as **Exhibit D.** Furthermore, attached as **Exhibit E**, the State of Maryland, MTA, Coppage, and Carroll were served with:

    a.    On or about September 11, 2017, Plaintiff's Opposition to Court's Contemplated Dismissal and Motion to Dismiss, and Request for Hearing;

    b.    On or about September 15, 2017, Defendant Lee's Motion to Dismiss, Memorandum in Support, and Request for Hearing;

    c.    On or about September 17, 2017, Defendant Lee's Supplemental Motion to Dismiss;

    d.    On or about October 4, 2017, Consent Motion to Extend Time to Respond to Motions to Dismiss;

e.   On or about October 16, 2017, Court's Order Extending Time for Responsive Pleadings;

f.   On or about October 27, 2017, Plaintiff's Motion to Extend Time to Respond to Motions to Dismiss;

g.   On or about October 31, 2017, Plaintiff's Opposition to Defendants' Motions to Dismiss;

h.   On or about November 3, 2017, Court's Order Extending Time for Responsive Pleadings;

i.   On or about November 16, 2017, Consent Motion to Extend Time to File Motions to Dismiss;

j.   On or about November 29, 2017, Court's Order Extending Time for Filing of Dismissal Motions;

k.   On or about December 4, 2017, Defendant Lee's Motion to Dismiss First Amended Complaint, Memorandum in Support, and Request for Hearing;

l.   On or about December 29, 2017, Court's Order Extending Time for Plaintiff to Respond to Dismissal Motions;

m.   On or about January 3, 2017, Plaintiff's Motion to Stay Proceedings and Request for Hearing;

n.   On or about January 5, 2017, Plaintiff's Opposition to Defendants' Motions to Dismiss;

o.   On or about January 12, 2017, Defendant Lee's Opposition to Motion to Stay Proceedings;

p.   On or about February 2, 2017, Plaintiff's (Renewed) Motion to Stay Proceedings; and

q.   On or about February 2, 2017, Court Order that Notice of Contemplated Dismissal is Moot

3.   This Notice of Removal is being filed within thirty (30) days after service upon the State of Maryland, MTA, Coppage and Carroll of a copy of the Second Amended Complaint, which raises federal causes of action, and is timely filed under 28 U.S.C. § 1446(b).

4.   A Notice of Filing of Notice of Removal has been filed with the Circuit Court

for Baltimore City, Maryland contemporaneously herewith. A copy of that notice is attached as **Exhibit F.**

5. The only other defendant, Defendant Lattice Lee has consented to this removal. **Exhibit G.**

## FACTS AND LAW SUPPORTING REMOVAL

6. In her Second Amended Complaint, specifically in Counts VII and Counts VII, Plaintiffs explicitly alleges a violation of Title VII (42 U.S.C. §2000e-5, *et seq.*), her constitutional rights, and her rights under 42 U.S.C. § 1981.

7. Under 28 U.S.C. §§ 1331 and 1441, this Court has original jurisdiction over the Second Amended Complaint claims brought pursuant to 42 U.S.C. 2000e-5 and 42 U.S.C. § 1981, regardless of the citizenship of the parties or the amount in controversy. Under 28 U.S.C. § 1367(a) this Court has supplemental jurisdiction over the State law claims asserted in the complaint, which concern the same case or controversy.

8. As noted above, pursuant to 28 U.S.C. §.1446(a) and Local Rule 103.5(a), true and legible copies of all process, pleadings, papers, and orders which have been served upon the State of Maryland, MTA, Coppage, and Carroll in this matter are attached as **Exhibits A, B, C, D, and E.**

9. Pursuant to 28 U.S.C. § 1446(d), the State of Maryland, MTA, Coppage, and Carroll are filing written notice of this Notice of Removal with the Circuit Court for Baltimore City, Maryland concurrently with the filing of this Notice of Removal and will serve the same on counsel of record. A copy of the Notice of Filing of Notice of Removal, in the form in which it will be filed and served, is attached hereto as **Exhibit F.**

4

10. Furthermore, pursuant to Local Rule 103.5(a), within thirty (30) days after the filing of this Notice of Removal, the State of Maryland, MTA, Coppage, and Carroll shall file true and legible copies of all other papers, if any, then on file in the state court, together with a certification from counsel that all filings in the state court action have been filed in the United States District Court for the District of Maryland.

**WHEREFORE,** Defendants State of Maryland, MTA, Coppage, and Carroll respectfully state, based upon the allegations of this Notice of Removal, that this action is properly removable and request that this Court retain jurisdiction over the same.

> Respectfully submitted,
> BRIAN E. FROSH
> Attorney General of Maryland
>
> Julie T. Sweeney
> Assistant Attorney General
> Maryland Transit Administration
> Fed. Bar No.: 06233
> 6 St. Paul Street, Suite 1200
> Baltimore, Maryland 21202
> 410-767-3844 (Phone)
> 410-333-2584 (Fax)
> jsweeney@mta.maryland.gov
>
> Maria E. Korman
> Assistant Attorney General
> Maryland Transit Administration
> Fed. Bar No.: 26867
> mkorman@mta.maryland.gov
>
> *Attorneys for Defendants State of Maryland, Maryland Transit Administration, Elmore Coppage, and Roland Carroll*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February 2018, a copy of the foregoing Notice of Removal, was sent first-class mail, postage prepaid, to:

Michael Glass, Esquire                          Stephen J. Kleeman
The Michael Glass Law Firm                      Law Offices of Stephen J. Kleeman
201 N. Charles Street, Suite 1900               401 Washington Avenue, Suite 800
Baltimore, Maryland 21201                       Towson, Maryland 21204
Attorney for Plaintiff                          Attorney for Defendant Lattice Lee


Julie T. Sweeney

6